```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :       20cv5496(DLC)
                                         :
                         Plaintiff,      :       ORDER
            -v-                          :
                                         :
DAVID HU                                 :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 17, 2020, the United States Attorney for the Southern District of New York (the "Government") filed a motion to intervene and to stay civil proceedings until the conclusion of the parallel criminal case, United States v. David Hu, 20 Cr. 360 (AKH). The criminal case arises from the same underlying facts as this civil action. The Government represents that defendant Hu consents to, and that the Securities and Exchange Commission ("SEC") takes no position on, these requests. It is hereby

ORDERED that the Government's motion to intervene is granted.

IT IS FURTHER ORDERED that the above-captioned civil action is stayed until the conclusion of the parallel criminal case.

IT IS FURTHER ORDERED that the SEC shall submit a status report on September 18, 2021.

Dated:    New York, New York
          September 21, 2020

                                    _____
                                    DENISE COTE
                                    United States District Judge