UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
SECURITIES AND EXCHANGE COMMISSION,     :        20cv5496(DLC)
                                        :
                        Plaintiff,      :            ORDER
            -v-                         :
                                        :
DAVID HU,                               :
                                        :
                        Defendant.      :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

       In a letter of February 1, 2021, the Securities and

Exchange Commission requested that this Court lift the stay of

this case for the limited purpose of seeking approval of a

proposed partial consent judgment as to defendant David Hu.  Hu

consents to lifting the stay, as does the United States

Attorney's Office.  It is hereby

       ORDERED that the request to lift the stay of this case for

the limited purpose of seeking approval of a proposed partial

consent judgment is granted.


Dated:    New York, New York
          February 1, 2021


                                  _____
                                        DENISE COTE
                                  United States District Judge