```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         ::
                    Plaintiff,           :
            -v-                          :        20cv5496 (DLC)
                                         :
DAVID HU,                                :           ORDER
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference scheduled for November 3, 2021 is adjourned <u>sine</u> <u>die</u>.

IT IS FURTHER ORDERED that the parties shall submit a status letter by **Wednesday, December 1**.

Dated:   New York, New York
         November 2, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge